UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURWINDER SINGH (A. No. 246 903 505),

        Petitioner,

    v.

KRISTI NOEM, et al.,

        Respondents.

No.  1:26-cv-0252-DJC-CKD P

ORDER GRANTING PETITION

FOR WRIT OF HABEAS CORPUS

Petitioner filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondent filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 3, 2026 (ECF No. 14) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. The preliminary injunctive relief ordered January 16, 2026 is made permanent.

4. Respondents shall not impose any additional restrictions upon petitioner, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.

5. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating his arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have his counsel present.

5. This case is closed.

IT IS SO ORDERED.

Dated:  **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2